**1**

Constantin SELETSKY, Plaintiff in Error, v. Platon RODJESTVENSKY, Archbishop of the Russian Orthodox Greek Catholic Church of America, and North American Ecclesiastical Consistory of the Russian Orthodox Greek Catholic Church, Defendants in Error.

Circuit Court of Appeals, Second Circuit.
December 5, 1927.

No. 70.

In Error to the District Court of the United States for the Southern District of New York.

Henry L. Slobodin, of New York City, for plaintiff in error.

George Gray Zabriskie, of New York City (Leonard P. Moore, of New York City, of counsel), for defendant in error Rodjestvensky.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

**2**

STANDARD COAL CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Eighth Circuit.
October 10, 1927.

No. 338.

On Petition to Review Decision of United States Board of Tax Appeals.

Albert R. Barnes, of Salt Lake City, Utah, for petitioner.

A. W. Gregg, Gen. Counsel Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM. Order of Board of Tax Appeals reversed, without costs to either party in this court, on confession of error.

**3**

STANTON NATIONAL BANK et al., Appellants, v. Edward M. KERN.

Circuit Court of Appeals, Eighth Circuit.
October 24, 1927.

No. 7979.

Appeal from the District Court of the United States for the District of Nebraska.
See, also, 22 F.(2d) 1020.

Charles H. Kelsey, of Norfolk, Neb., and Fay H. Pollock, of Stanton, Neb., for appellants.

W. P. Cowan, of Stanton, Neb., and Fred S. Berry, of Wayne, Neb., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

**4**

STANTON NATIONAL BANK et al., Appellants, v. Daniel H. KERN.

Circuit Court of Appeals, Eighth Circuit.
October 24, 1927.

No. 7980.

Appeal from the District Court of the United States for the District of Nebraska.
See, also, 22 F.(2d) 1020.

Charles H. Kelsey, of Norfolk, Neb., and Fay H. Pollock, of Stanton, Neb., for appellants.

W. P. Cowan, of Stanton, Neb., and Fred S. Berry, of Wayne, Neb., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

**5**

TENNESSEE POWER COMPANY and TENNESSEE ELECTRIC POWER COMPANY, v. DUCKTOWN SULPHUR, COPPER & IRON COMPANY, Limited, and Ducktown Chemical & Iron Company.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1927.

No. 4708.

Appeal from the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

J. M. Anderson and W. E. Norvell, Jr., both of Nashville, Tenn., for appellants.

Miller, Miller & Martin, of Chattanooga, Tenn., for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.